Diane C. Weil, Chapter 7 Trustee
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
dcweil@dcweillaw.com
Telephone: (818) 651-6400
Facsimile: (818) 836-5689

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | | |
|---|---|---|
| In re: | Maldonado Construction and Associates Corporation | § Case No. 1:18-bk-12994-MB<br>§<br>§ |
| Debtor(s) | | § |

# NOTICE OF TRUSTEE'S FINAL REPORT AND
# APPLICATIONS FOR COMPENSATION
# AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Diane C. Weil, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Court
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA  91367

A hearing on the Trustee's Final Report and Applications for Compensation will be held on September 22, 2021, at 11 a.m.

**Until further notice, except as may be otherwise ordered by the Court, all hearings before Judge Barash will be conducted remotely using ZoomGov. Video and audio connection information for each hearing will be provided on Judge Barash's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.**

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/18/2021          By:    /s/ Diane C. Weil
                                                              Trustee

Diane C. Weil
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
(818) 651-6400
dcweil@dcweillaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:    Maldonado Construction and Associates Corporation    §    Case No. 1:18-bk-12994-MB
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 120,216.14 |
| *and approved disbursements of* | $ 629.50 |
| *leaving a balance on hand of* ' | $ 119,586.64 |
| **Balance on hand:** | $ 119,586.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| **NONE** | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 119,586.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Diane C. Weil | 8,555.91 | 0.00 | 8,555.91 |
| Trustee, Expenses - Diane C. Weil | 103.49 | 0.00 | 103.49 |
| Attorney for Trustee, Fees - LEVENE NEALE BENDER YOO & BRILL LLP | 88,864.50 | 0.00 | 88,864.50 |
| Attorney for Trustee, Expenses - LEVENE NEALE BENDER YOO & BRILL LLP | 855.35 | 0.00 | 855.35 |
| Accountant for Trustee, Fees - HAHN FIFE & COMPANY - FIFE | 3,090.00 | 0.00 | 3,090.00 |
| Accountant for Trustee, Expenses - HAHN FIFE & COMPANY - FIFE | 500.50 | 0.00 | 500.50 |

' The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Other, Expenses - Franchise Tax Board (ADMINISTRATIVE) | 3,168.89 | 0.00 | 3,168.89 |

Total to be paid for chapter 7 administration expenses: $ 105,488.64
Remaining balance: $ 14,098.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 14,098.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,098.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | State Compensation Insurance Fund | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 14,098.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 14,098.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 14,098.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $14,098.00.

Prepared By: /s/ Diane C. Weil
                       Trustee

Diane C. Weil
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
(818) 651-6400
dcweil@dcweillaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DIANE C. WEIL<br>STATE BAR NUMBER 102922<br>5950 CANOGA AVENUE, SUITE 400<br>WOODLAND HILLS, CALIFORNIA 91367<br>TELEPHONE: (818) 651-6400<br>FACSIMILE: (818) 836-5689<br>EMAIL: dcweiltrustee@dcweillaw.com<br><br>Chapter 7 Trustee<br><br>☐ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION** ||
| In re:<br><br>MALDONADO CONSTRUCTION AND ASSOCIATES CORPORATION,<br><br>Debtor(s) | CASE NO.: 1:18-bk-12994-MB<br>CHAPTER: 7<br><br>**SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO**<br><br>HEARING DATE: September 22, 2021<br>HEARING TIME: 11:00 a.m. |
| **Movant:** Diane C. Weil, Chapter 7 Trustee ||

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Martin R. Barash, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **Notice of Trustee's Final Report and Applications for Compensation**

2. Notwithstanding any language in the Notice advising or suggesting that the hearing will be held physically in one of the Court's courtrooms, **please be advised that due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology**. Individuals will not be permitted access to the courtroom. Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

   Meeting URL:  http://cacb.zoomgov.com/j/1607719910
   Meeting ID:   160 771 9910
   Password:     228935
   Telephone:    1 (669) 254-5252 or 1 (646) 828-7666

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address:  https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

Date: 08/18/2021

Printed name of law firm (if applicable)

Diane C. Weil, Chapter 7 Trustee

Printed name of individual Movant or attorney for Movant